UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HONEYWELL INTERNATIONAL INC

V.

JAY P. HEFFERNAN

CASE NO.  05-30072  MAP

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a Hearing on Plaintiff's Motion for Preliminary Injunction    on    March 31, 2005 at   10:00 a.m.        before Michael A. Ponsor, U.S. D.J   In   Courtroom #  1   on the   5th   floor.    Counsel for Plaintiff shall notify all parties of date of conference.

3/23/05
_____
Date

SARAH THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]