AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western Division of the           District of  Massachusetts

Honeywell International Inc.                **SUMMONS IN A CIVIL CASE**

V.

Jay P. Heffernan

CASE  05-30072-MAP

TO: (Name and address of Defendant)   Jay P. Heffernan
37 Greenwich Road
Longmeadown, MA 01106

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark M. Whitney, Esquire
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109-2605
(617) 523-6666

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                             March 23, 2005

CLERK  *Mary Finn*                            DATE

(By) DEPUTY CLERK

➲AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                      Date                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITES STATES DISTRICT COURT
District of Massachusetts (Springfield)

---------------------------------- X

CA No.: 3:05-cv-30072-MAP

HONEYWELL INTERNATIONAL,
INC.

Plaintiff,

V.

JAY P. HEFFERNAN

Defendant,

----------------------------------X

I, B. Keith Wheeler, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 23rd day March 2005, at approximately the time of 1:00 PM., I served the following documents:

1. Complaint;
2. Summons;
3. Motion for Preliminary Injunction by Honeywell International, Inc.,
4. Plaintiff's Memorandum in Support of the Motion for Preliminary Injunction;
5. Plaintiff's Affidavit of Michael Maher in Support of the Motion for Preliminary Injunction;
6. Plaintiff's Ex Parte Motion for Hearing on the Motion for Preliminary Injunction;
7. Notice of Hearing on Motion for Preliminary Injunction: Hearing set for 3/31/05 at 10:00 AM in Courtroom before Judge Michael A. Posner.

Upon Jay P. Heffernan by leaving a copy of the aforementioned documents at the last & usual place of abode of Jay P. Heffernan, 37 Greenwich Road, Longmeadow, Ma. 01106

B. Keith Wheeler

Subscribed and sworn to before me, Jill M. Sartori, this 28th day of March 2005.

_____
Notary Public

JILL SARTORI
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 21, 2011