# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., ) | |
| *Plaintiffs* ) | |
| V. ) | Case No: 3:05-CV-30072-MAP |
| JAY P. HEFFERNAN, ) | |
| *Defendants* ) | |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the plaintiffs on 3/30/05 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED March 30, 2005

                                                                     **SARAH A. THORNTON**
                                                                      CLERK

                                                                       BY: /s/ *Maurice G. Lindsay*
                                                                           Maurice G. Lindsay
                                                                          Deputy Clerk